**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**MARVIN McCRANEY, JR.**                                                **PLAINTIFF**

**v.**                                         **CIVIL ACTION NO. 2:16-CV-87-KS-MTP**

**MURPHY OIL USA, INC.**                                              **DEFENDANT**

## ORDER

On May 15, 2017, Defendant Murphy Oil USA, Inc., ("Movant") filed its Motion to Exclude Plaintiff's Expert Witnesses [47]. Plaintiff Marvin McCraney, Jr., ("Respondent") has until on or before **May 30, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **June 6, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the ___16th___ day of May, 2017.

                                                              ___s/Keith Starrett___
                                                               KEITH STARRETT
                                                               UNITED STATES DISTRICT JUDGE